IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| HARTFORD LIFE and ACCIDENT INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff | ) | |
| vs. | ) | CASE NUMBER :     4:21-cv-123 |
| AARON W. SCOTT; et al., | ) ) ) | |
| Defendants | ) ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____The Hartford_____

has deposited with the Court the sum of $ ___370,413.01___ under F.R.Cv.P. 67. The money,

designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account

in accordance with the general order of this Court, entered September 23, 1983.

DONE this __5th__ day of _____August_____ , ___2022___ , by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By : _____

Deputy Clerk

(Rev. 03/20)